UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANCORA HOLDINGS GROUP, LLC, | |
| Plaintiff, | 24-cv-4417 (AS) |
| -against- | |
| DAVID LAPUMA, | ORDER |
| Defendant. | |

ARUN SUBRAMANIAN, United States District Judge:

Plaintiff shall serve Defendant with the complaint, motion, and supporting papers today by 8:00 p.m. The Court will hold a hearing on the motion on June 12, 2024, at 2:00 p.m. in Courtroom 15A of the Moynihan Courthouse, 500 Pearl St., New York, NY 10007.

SO ORDERED.

Dated: June 10, 2024
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge