UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANCORA HOLDINGS GROUP, LLC,

      Plaintiff,

-against-

DAVID LAPUMA,

      Defendant.

24-cv-4417 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

As discussed at today's hearing:

1. Defendant David LaPuma's motion to compel is denied without prejudice. *See* Dkt. 55. LaPuma may make his application again if and when he answers the complaint and pleads any affirmative defenses or counterclaims.

2. The Court will hold a hearing on the pending motion to dismiss. The principal decisionmakers for the parties should attend the hearing. By **Friday, January 24, 2025**, the parties should propose a date within the next 30 days for the hearing to occur. Discovery is stayed pending the hearing.

3. By **Friday, January 24, 2025**, the parties will inform the Court if they would like the Court to facilitate a settlement discussion between the parties on the date of the hearing. For the Court to do so, the parties must agree to allow the Court to communicate *ex parte* with each side. If the parties do not wish for the Court to facilitate such a discussion at this time, they can jointly tell the Court as much. However, the parties should not inform the Court as to which side objected. Simply tell the Court that the parties—collectively—do not agree.

4. Lastly, plaintiff Ancora should, if possible, make a good faith response to LaPuma's most recent settlement offer. If Ancora Holdings Group makes such a good faith response, LaPuma should respond in kind and make a good faith counteroffer.

SO ORDERED.

Dated: January 21, 2025
   New York, New York

                 ARUN SUBRAMANIAN
                 United States District Judge